Decided September 18, 1996

### CHARLES G. GIBSON ET AL. *v.* JOHN A. CAPANO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 41 Conn. App. 548 (AC 13625), is granted, limited to the following issue:

"In order to impose liability on a seller of real estate for innocent misrepresentation, is specialized knowledge by the seller required?"

The Supreme Court docket number is SC 15514.

*Edward J. Holahan, Jr.*, in support of the petition.

*Douglas M. Cott*, in opposition.

Decided September 18, 1996